1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

JS-6

5
   Attorney for: PLAINTIFF
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. CV A 13-00985
12 |            Plaintiff,          |
13 |        vs.                     | CONSENT JUDGMENT
14 | Lori Hilleshiem, aka Lori J.   |
15 | Bellissimo,                    |
16 |            Defendant           |

17     Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Lori Hilleshiem, aka
20 Lori J. Bellissimo, in the principal amount of $1,431.13
21 plus interest accrued to February 5, 2013, in the sum of
22 $3,500.95; with interest accruing thereafter at 9% annually
23 until entry of judgment, administration costs in the amount
24 of $0.00, for a total amount of **$4,932.08**.

25

26 DATED: April 4, 2013              By: TERRY NAFISI
                                          Clerk of the Court
27
                                        /s/ Jenny Lam
28                                    _____
                                           Deputy Clerk
                                    United States District Court

                          Page 5